AFFIDAVIT

I, Jeffrey A. Benedetto, hereby state as follows:

1. I am _47_ years old and reside in Severn, Maryland.

2. Other than one misdemeanor conviction from 1992 for battery, to which I pleaded guilty, I have no other criminal convictions, nor have I engaged in criminal behavior.

3. In 1992, when I was 23 years old, my then girlfriend filed the complaint of battery. We were subsequently married. There were no further such incidents between us.

4. I have never served any time in jail.

5. I applied for a license in order to purchase a gun so that I could have some protection for self defense in my home as well as for recreational hunting and sports.

6. I have no intent to use a gun in the commission of any crime.

7. I am a responsible and law abiding citizen of the U.S. and Maryland.


I HEREBY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, AND ARE BASED UPON PERSONAL KNOWLEDGE.


1/9/2017                                             *Jeffrey A. Benedetto*

Date                                                  Signature